**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

. . . . . . . . . . . . . . . . . )
)
**LATORIA GRISSOM,** )
                **Plaintiff,** )
)
V.                            )CIVIL ACTION NO. 4:07-cv-136-TSL-LRA
)
**MICHAEL J. ASTRUE,** )
**Commissioner of Social** )
**Security Administration,** )
                **Defendant.** )
. . . . . . . . . . . . . . . . . )

## AGREED ORDER

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the Defendant's request to remand this action for further administrative action, and the Court being advised that counsel for the Plaintiff has no objection to this remand request,

IT IS HEREBY ORDERED that, upon remand, an Administrative Law Judge (ALJ) will obtain a psychiatric consultative examination with IQ testing to resolve the discrepancy between IQ tests on April 26, 1993, by Dr. James R. Lane (Tr. at 400-402) and the IQ scores obtained by Dr. Philip Drumheller on November 24, 2003 (Tr. at 436-439).  Further, the ALJ will resolve the inconsistency between the IQ scores obtained by Dr. Philip Drumheller and his opinion that Plaintiff has only mild impairments in the ability to perform routine repetitive tasks, interact with co-workers, and to receive supervision.  On remand the ALJ will, if warranted, also obtain supplemental vocational expert evidence to resolve these inconsistencies.

This Court hereby reverses the Commissioner's decision pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), with a remand of the cause to the Commissioner for further proceedings as set forth herein and in the Defendant's Memorandum in Support of Motion for Entry of Judgment under Sentence Four of 42 U.S.C. § 405(g) with a Reversal and Remand of the Cause to the Defendant filed herein.  See Melkonyan v. Sullivan, 501 U.S. 89 (1991).

IT IS FURTHER ORDERED that this case be and the same is hereby dismissed.

SO ORDERED this 30th day of May, 2008.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE

AGREED:

S/  GARY R. PARVIN

GARY R. PARVIN, ESQ.
ATTORNEY FOR PLAINTIFF

S/  FELICIA C. ADAMS

FELICIA C. ADAMS
ASSISTANT UNITED STATES ATTORNEY