**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

```
. . . . . . . . . . . . . . . . . )
                                  )
LATORIA GRISSOM,                  )
                 Plaintiff,       )
                                  )
V.                                )CIVIL ACTION NO. 4:07-cv-136-TSL-LRA
                                  )
MICHAEL J. ASTRUE,                )
Commissioner of Social            )
Security Administration,          )
                 Defendant.       )
. . . . . . . . . . . . . . . . . )
```

**FINAL JUDGMENT**

By Agreed Order of remand entered herein, the Commissioner's final decision was reversed and this cause was remanded to the Commissioner of Social Security pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), for further administrative proceedings, and the Court finding that this cause should be dismissed without prejudice,

IT IS, THEREFORE, ORDERED that the above-captioned cause be, and the same is hereby, dismissed without prejudice.

SO ORDERED, this 30th day of May, 2008.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE

AGREED:

*S/ GARY R. PARVIN*
_____
GARY R. PARVIN, ESQ.
ATTORNEY FOR PLAINTIFF

*S/ FELICIA C. ADAMS*
_____
FELICIA C. ADAMS
ASSISTANT UNITED STATES ATTORNEY